SEALED

```
FILED
AUG 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2767

5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   CR. NO. 2:12-CR-0300 JAM
11                                )
                 Plaintiff,       )   ORDER TO SEAL
12      v.                        )   (UNDER SEAL)
                                  )
13 RYAN HERBERT SMITH,            )
   CHINDO GHARU,                  )
14 SEEMA RAJPUT,                  )
   RAJINDER KAUR DHILLON 1,       )
15 RAJINDER KAUR DHILLON 2, and   )
   BALWINDER SINGH KHANGURA,      )
16                                )
                 Defendants.      )
17 _____)

18      The Court hereby orders that the Indictment, the Petition of
19 Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this
20 Order, in the above-referenced case, shall be sealed until further
21 order of the Court.

22

23

24 DATED: Aug. 23, 2012            _____
25                                 GREGORY G. HOLLOWS
                                   GREGORY G. HOLLOWS
26                                 United States Magistrate Judge

27

28

                                 1