**FILED**

AUG 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff,  )<br>          )<br>     v.        )<br>          )<br>SEALED,        )<br>          )<br>     Defendant.  )<br>          ) | 2:12-CR-0300 JAM |

## SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order the Court.

DATED: Aug. 23, 2012

_____
GREGORY G. HOLLOWS
United States Magistrate Judge