BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00300-JAM |
| | ) | |
| Plaintiff, | ) | APPLICATION TO UNSEAL |
| | ) | INDICTMENT, PETITION TO SEAL, |
| v. | ) | AND ORDER TO SEAL; |
| | ) | ORDER |
| RYAN HERBERT SMITH, | ) | |
| CHINDO GHARU, | ) | |
| SEEMA RAJPUT, | ) | |
| RAJINDER KAUR DHILLON 1, | ) | |
| RAJINDER KAUR DHILLON 2, and | ) | |
| BALWINDER SINGH KHANGURA, | ) | |
| | ) | |
| Defendants. | ) | |

**APPLICATION**

On August 23, 2012, this court ordered the Indictment, Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and Order to Seal, in the above-captioned matter, be sealed under further order of the Court.  Since defendant Ryan Herbert Smith has been arrested, it is no longer necessary for the case to be sealed.  Accordingly, the United States respectfully requests that the indictment, petition to seal

///

indictment, and sealing order, and any other documents sealed pursuant to the Court's August 23, 2012, order be unsealed.

Date: August 27, 2012         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Jared C. Dolan
                              JARED C. DOLAN
                              Assistant U.S. Attorney

**ORDER**

Upon Application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the indictment, petition to seal, order to seal, and any other documents sealed pursuant to the Court's August 23, 2012 order for the above-captioned matter be UNSEALED.

DATE:  August 27, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE