```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00300-JAM |
| ) | |
| Plaintiff, ) | APPLICATION TO UNSEAL |
| ) | INDICTMENT, PETITION TO SEAL, |
| v. ) | AND ORDER TO SEAL; |
| ) | ORDER |
| RYAN HERBERT SMITH, ) | |
| CHINDO GHARU, ) | |
| SEEMA RAJPUT, ) | |
| RAJINDER KAUR DHILLON 1, ) | |
| RAJINDER KAUR DHILLON 2, and ) | |
| BALWINDER SINGH KHANGURA, ) | |
| ) | |
| Defendants. ) | |

**APPLICATION**

On August 23, 2012, this court ordered the Indictment, Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and Order to Seal, in the above-captioned matter, be sealed under further order of the Court.  Since defendant Ryan Herbert Smith has been arrested, it is no longer necessary for the case to be sealed.  Accordingly, the United States respectfully requests that the indictment, petition to seal

///

1 indictment, and sealing order, and any other documents sealed
2 pursuant to the Court's August 23, 2012, order be unsealed.
3 Date: August 27, 2012               BENJAMIN B. WAGNER
                                      United States Attorney

5                                     /s/ Jared C. Dolan
                                      JARED C. DOLAN
6                                     Assistant U.S. Attorney

12                              **ORDER**

13    Upon Application of the Government, and good cause appearing
14 therefore, IT IS HEREBY ORDERED that the indictment, petition to
15 seal, order to seal, and any other documents sealed pursuant to
16 the Court's August 23, 2012 order for the above-captioned matter
17 be UNSEALED.
18 DATE:  August 27, 2012

                     /s/ Gregory G. Hollows
20            UNITED STATES MAGISTRATE JUDGE