UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY CARTAS VELASQUEZ, et al., | No. 2:01-cv-00246-MCE-DAD |
|     Plaintiffs, | (Related No. 2:12-cr-00180-MCE) |
|   v. | |
| MOHAMMED KHAN, aka MOHAMMED NAWAZ KHAN dba KHAN LABOR CONTRACTOR, et al., | **RELATED CASE ORDER** |
|     Defendants. | |
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. 2:12-cr-00300-JAM |
|   v. | |
| RYAN HERBERT SMITH, et al., | |
|     Defendants. | |

    The Court has received the Notice of Related Case filed on August 28, 2012.

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1  The actions involve many of the same parties, and are based on
2  the same or similar claims, and/or events, involve similar
3  questions of fact, and would therefore entail a substantial
4  duplication of labor if heard by different judges.  Accordingly,
5  the assignment of the matters to the same judge is likely to
6  effect a substantial savings of judicial effort and is also
7  likely to be convenient for the parties.
8      The parties should be aware that relating the cases under
9  Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the action is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the district judge to whom the
13 first filed action was assigned.
14     IT IS THEREFORE ORDERED that the action denominated 2:12-cr-
15 00300-JAM, <u>United States of America v. Ryan Herbert Smith, et al.</u>
16 is reassigned to Judge Morrison C. England, Jr. for all further
17 proceedings, and any dates currently set in this reassigned case
18 only are hereby VACATED.  Henceforth, the caption on documents
19 filed in the reassigned case shall be shown as 2:12-cr-00300-MCE.
20 At the request of counsel, a Status Conference in the <u>Smith</u> case
21 is set for **September 27, 2012, at 9:00 a.m.**, in Courtroom 7.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE