**FILED**
September 27, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SD
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-0300-MCE |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SEEMA RAJPUT, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEEMA RAJPUT , Case No. 2:12-CR-0300-MCE , Charge  USC § , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $___

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    ✔   (Other)   With pretrial conditions as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 27, 2012  at  9:15 a.m. .

Dated: September 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE