1  John R. Manning
   Attorney at Law
2  1111 H Street, Suite 204
   Sacramento, California 95814
3  Telephone: (916) 444-3994
   Email: jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  Ryan Smith

6
                    **UNITED STATES MAGISTRATE COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA,            )
                                         )      2:12 CR 300 MCE
10                      Plaintiff,       )
                                         )      Stipulation and (proposed) Order
11                                       )      Modifying Conditions of Release
               vs.                       )
12                                       )
   RYAN SMITH,                           )
13                                       )
                        Defendant.       )

14
       Ryan Smith, by and through his attorney, John R. Manning, and the United States of
15
   America, by and through its' counsel, Jared C. Dolan, and Pretrial Services Officer Tai Gaskins,
16
   hereby jointly agree and stipulate to amend defendant's conditions of release.  The modification
17
   stipulated to herein is requested as new information has been presented to the Government and
18
   Pretrial Services changing their previously held position(s) regarding Mr. Smith's employment
19
   at/with at/by the Turlock Poker Room.
20
   Therefore, condition number 12 of the defendant's special conditions of release shall be
21
   modified and read:
22
       (12) You shall be allowed to work at the Turlock Poker Room consistent with your "pay
23
   to play" employment.  You are not allowed to play, or gamble, in any setting unless such play is
24
   part of your employment.
25
       Accordingly, all parties and Mr. Smith agree with the above modifications.
26 ///
27 ///
28

1 | Dated: December 10, 2012                    Respectfully submitted,

                                                /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Ryan Smith

                                                /s/ Jared C. Dolan
                                                JARED C. DOLAN
                                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 11, 2012.

                                                _____
                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE