UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY CARTAS VELASQUEZ, ET AL., | No. 2:01-cv-00246-MCE-DAD |
|     Plaintiffs, | |
|   v. | **RELATED CASE ORDER** |
| MOHAMMED KHAN, AKA MOHAMMED NAWAZ KHAN, DBA KHAN LABOR CONTRACTOR, ET AL., | |
|     Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00180-MCE |
|     Plaintiff, | |
|   v. | |
| MOHAMMAD NAWAZ KHAN, ET AL., | |
|     Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00300-MCE |
|     Plaintiff, | |
|   v. | |
| RYAN HERBERT SMITH, ET AL., | |
|     Defendants. | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | No. 2:13-cr-00006-MCE |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | JIT KAUR, ET AL. | |
| 5 | Defendants. | |
| 6 | _____/ | |
|   | UNITED STATES OF AMERICA, | No. 2:13-cr-00275-GEB |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | GURCHET SANDHU, ET AL. | |
| 10 | Defendants. | |
| 11 | _____/ | |

The Court has received the Notice of Related Case filed on December 5, 2013.

Examination of the above-entitled civil and criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///
///
///

1    The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that both actions are
3 assigned to the same judge; no consolidation of the action is
4 effected.  Under the regular practice of this court, related
5 cases are generally assigned to the district judge and magistrate
6 judge to whom the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the actions denominated
8 2:13-cr-00275-GEB, United States of America v. Gurchet Sandhu, et
9 al., is reassigned to Chief Judge Morrison C. England, Jr., for
10 all further proceedings, and any dates currently set in this
11 reassigned case only are hereby VACATED.  Henceforth, the caption
12 on documents filed in the reassigned cases shall be shown as
13 2:13-cr-00275-MCE.
14    IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17    IT IS SO ORDERED.

DATED: December 17, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3