UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | **RE:** Seema RAJPUT<br>Docket Number:  **2:12CR00300-03**<br>**REQUEST TO AMEND JUDGMENT** |

Your Honor:

On June 13, 2013, Seema Rajput was sentenced to 3 years probation following her conviction for 18 USC 1341 – Mail Fraud.  At the time of sentencing, the mandatory condition requiring the collection of DNA was not ordered.  A qualifying federal offense for DNA collection, as determined by the Attorney General, includes any felony conviction.  Although a mandatory requirement, for purposes of clarity, the Probation Officer humbly requests the original Judgment be amended to add this condition, if so supported by the Court's transcript.

In addition to the above, the mandatory condition requiring the offender to submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month, was not waived.  The Presentence Report dated May 21, 2013, recommended the condition be waived.  The recommendation contemplated Mrs. Rajput's personal history and characteristics, along with the nature of the instant offense and considered her lack of any prior substance abuse history.  In considering the above and this writer's assessment of Mrs. Rajput, which includes her compliance to date and lack of any visible signs of drug abuse, it is respectfully recommended the Judgment be amended to add this condition if so supported by the Court's transcript.

This is respectfully submitted for Your Honor's review and direction.

Respectfully submitted,

/s/ Laura Weigel

**Laura Weigel
United States Probation Officer**

RE: **Seema RAJPUT**
**Docket Number:   2:12CR00300-03**
<u>**REQUEST TO AMEND JUDGMENT**</u>

Dated: May 2, 2014
Modesto, California
LW/lr

|  |  |
|---|---|
| **REVIEWED BY:** | /s/ Jack C. Roberson<br>**Jack C. Roberson**<br>**Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒ Approved – Judgment to be amended to include the mandatory condition requiring DNA collection and the mandatory drug testing condition is waived.

☐ Disapproved – Probation Officer to contact the Court.

Dated:  May 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

cc: Jared Chase Dolan
Assistant United States Attorney

Michael Donald Long
Defense Counsel