BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY CARTAS VELASQUEZ, et al., | CASE NO. 2:01-CV-0246 MCE-DAD |
| Plaintiffs, | |
| v. | |
| MOHAMMED KHAN, a.k.a. MOHAMMED NAWAZ KHAN d/b/a KHAN LABOR CONTRACTOR, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0180 MCE |
| Plaintiff, | |
| v. | |
| MOHAMMAD NAWAZ KHAN, et al | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0300 MCE |
| Plaintiff, | |
| v. | |
| RYAN HERBERT SMITH, et al., | |
| Defendants. | |

1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JIT KAUR, et al,<br><br>Defendants. | CASE NO. 2:13-CR-0006 MCE |
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>V.<br><br>GURCHET SANDHU, et al,<br><br>DEFENDANTS. | CASE NO. 2:13-CR-00275 MCE |
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>V.<br><br>MOHAMMAD RIAZ KHAN, et al,<br><br>DEFENDANTS. | CASE NO. 2:14-CR-00169 KJM |

**ORDER**

The Court has received the Notice of Related Case filed on June 25, 2014. Examination of the above-entitled civil and criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

1        IT IS THEREFORE ORDERED that the actions denominated 2:14-cr-00169-KJM, United States of America v. Mohammad Riaz Khan, et al., is reassigned to Chief Judge Morrison C. England, Jr., for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:14-cr-00169-MCE. This matter is set for a status conference on July 10, 2014 at 9:00 a.m. in Courtroom 7 before the undersigned.

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

       IT IS SO ORDERED.

Dated:  July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT